**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      v.                                      Case No. 3:03cr75/RV

**MACIEJ MATUSZEWSKI**
_____/

**ORDER**

      Defendant Maciej Matuszewski has moved for the return of his passport in order that it can be presented to the Polish Embassy to facilitate his return to his native Poland. Defendant Matuszewski is subject to deportation upon release from incarceration, and he is projected to be released on March 17, 2006.

      Upon consideration, it is ORDERED that the Clerk's Office for the United States District Court for the Eastern District of Pennsylvania release Maciej Matuszewski's passport to Department of Homeland Security Deportation Officer Douglas Sabins, P.O. Box 209, Allenwood Low Facility, White Deer, Pennsylvania 17887, for purposes of surrender to the Polish Embassy.

      **DONE AND ORDERED** this 15th day of February, 2006.

                                              /s/_Roger Vinson_
                                             **ROGER VINSON**
                                             **Senior United States District Judge**